Submitted October 2, reversed November 18, 2020

In the Matter of A. H.,
a Person Alleged to have Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

A. H.,
*Appellant.*

Multnomah County Circuit Court
20CC00624; A173580

476 P3d 529

Monica M. Herranz, Judge pro tempore.

Alexander C. Cambier and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Christopher Page, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Reversed.

**PER CURIAM**

Appellant seeks reversal of an order committing him to the custody of the Mental Health Division for a period not to exceed 180 days on the grounds that he is unable to provide for his basic personal needs and is not receiving care necessary to avoid serious physical harm in the near future. *See* ORS 426.005(1)(f)(B). He challenges the sufficiency of the state's evidence to support the court's basic-needs determination. The state concedes that the record is legally insufficient in that regard and that the commitment order should be reversed. We agree and accept the state's concession.

Reversed.